Case 07-17990    Doc 30    Filed 09/09/08    Entered 09/09/08 14:05:12    Desc    Page 1 of 2

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Haack, David A | Case Number: 07 B 17990 |
|---|---|---|
| | Haack, Jeneen M | Judge: Squires, John H |
| | Printed: 9/9/08 | Filed: 10/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 30, 2008
Confirmed: December 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,750.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,595.45 |
| Trustee Fee: | | 154.55 |
| Other Funds: | | 0.00 |
| Totals: | 2,750.00 | 2,750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Associates | Administrative | 3,025.35 | 2,595.45 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 26,037.27 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 94.43 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 122.14 | 0.00 |
| 6. | Nicor Gas | Unsecured | 76.88 | 0.00 |
| 7. | LTD Commodities | Unsecured | 24.04 | 0.00 |
| 8. | Schottler & Associates | Priority | | No Claim Filed |
| 9. | ACL Inc | Unsecured | | No Claim Filed |
| 10. | Chase Automotive Finance | Unsecured | | No Claim Filed |
| 11. | Collection Services Division | Unsecured | | No Claim Filed |
| 12. | B-Line LLC | Unsecured | | No Claim Filed |
| 13. | ECast Settlement Corp | Unsecured | | No Claim Filed |
| 14. | ECast Settlement Corp | Unsecured | | No Claim Filed |
| 15. | High Technology Inc | Unsecured | | No Claim Filed |
| 16. | Allied Interstate | Unsecured | | No Claim Filed |
| 17. | Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 18. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| | | | $ 29,380.11 | $ 2,595.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 118.80 |
| 6.5% | 35.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Haack, David A<br>Haack, Jeneen M<br>Printed: 9/9/08 | Case Number: 07 B 17990<br>Judge: Squires, John H<br>Filed: 10/2/07 |

$$\underline{\phantom{XXXXXXXX}}$$
$ 154.55

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

